UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOPHIA ALLOS,

        Plaintiff,

v.

FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION,

        Defendant.

Case No. 12-15381
Honorable Julian Abele Cook, Jr.

## ORDER

In this civil lawsuit, the Plaintiff, Sophia Allos, complains that the Defendant, Federal National Mortgage Association ("Fannie Mae"), violated state and federal laws in relation to the foreclosure of her property in Sterling Heights, Michigan. On March 7, 2013, the Defendant filed a motion for summary judgment and to dismiss the Plaintiff's complaint, which was forwarded by the Court to Magistrate Judge Laurie J. Michelson for evaluation. In a report on October 24, 2013, the Magistrate Judge recommended that this Court grant the Defendant's motion for summary judgment (ECF No. 6) and dismiss the complaint with prejudice. As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The Court has reviewed the report and recommendation and the file. The period of time for filing objections having now expired, this Court adopts the report, including the recommendations of the Magistrate Judge, in its entirety.

        IT IS SO ORDERED.

Date: January 14, 2014                            s/Paul J. Komives
                                              PAUL J. KOMIVES
                                              UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on January 14, 2014.

                                                        s/ Kay Doaks
                                                        Case Manager